CHARLES GLASSMAN, Respondent, v. EMPIRE STATE LIQUOR COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of LOUIS SCHLETT, Respondent, v. CONGOLD REALTY COMPANY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

IMP FILMS COMPANY, Respondent, v. ROBERT HERBST, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Dowling and Page, JJ., dissented.

In the Matter of the Estate of ROBERT ROTH, Deceased. NEW YORK STOCK EXCHANGE SAFE DEPOSIT COMPANY, Appellant; WILLIAM T. Ross, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Smith, J., dissented on the authority of *Matter of Buckley* (41 Hun, 106).

WILLIAM J. BEAULEY, Appellant, v. HARRIET W. BEAULEY, Respondent. — Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM J. BEAULEY, Appellant, v. HARRIET W. BEAULEY, Respondent. — Order modified by striking out provision for alimony, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BRENTON H. COLLINS, Appellant, v. MERCHANTS NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements; bill to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

W. RUSSELL ROOT, Stockholder in THE PULITZER MAGAZINE COMPANY, INC., on Behalf of Himself, etc., Appellant, v. WALTER PULITZER and Another, Respondents, Impleaded with Another. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Surety, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

W. RUSSELL ROOT, Stockholder in THE PULITZER PUBLISHING COMPANY, INC., on Behalf of Himself, etc., Appellant, v. WALTER PULITZER and Another, Respondents, Impleaded with Another. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Surety, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Application for a Compulsory Accounting of MADELEINE D. WOODWARD, as Executrix, etc., of JULIUS H. WOODWARD, Deceased, Appellant. DURHAM REALTY CORPORATION, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SUCCESS WAIST CO., INC., Respondent, v. ELY & WALKER DRY GOODS COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that